DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DWAIN LEWIS WATTS,**
Appellant,

v.

**CITY OF HOLLYWOOD,**
Appellee.

No. 4D2025-1939

[July 9, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nickolaus Hunter Davis, Judge; L.T. Case No. 062020CA010608AXXXCE.

Marie G. Vital, Miami, for appellant.

Geoffrey B. Marks of Law Offices of Geoffrey B. Marks, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***